No. 13,765.

LARSON ET AL. *v.* KALCEVIC.
(62 P. [2d] 572)

Decided October 19, 1936.

Mr. FRED W. MATTSON, Mr. A. B. MATTSON, for plaintiffs in error.

Messrs. GRANT, ELLIS, SHAFROTH & TOLL, Mr. ROLLAND F. MARONEY, for defendant in error.

MR. JUSTICE HILLARD not participating. MR. JUSTICE BURKE, MR. JUSTICE BOUCK and MR. JUSTICE YOUNG being of the opinion that the judgment should be affirmed, and MR. CHIEF JUSTICE CAMPBELL, MR. JUSTICE BUTLER and MR. JUSTICE HOLLAND being of the opinion that the judgment should be reversed, the court being evenly divided, the judgment stands affirmed by operation of law.